# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 02-0609-CV-W-DW<br>) |
| VCW, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 31). The parties stipulate and agree to dismiss all claims in the above-captioned cause of action asserted by or against any party hereto without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-captioned action without prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: October 18, 2005